UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FOX INDUSTRIES, INC.,

                    Plaintiff(s),        **ORDER**
                                                                 CV 03-5166 (TCP) (WDW)
      -against-

LEONID GUROVICH, et al.,

                    Defendant(s).
------------------------------------------------------------X
**WALL, Magistrate Judge:**

      Before the court is the defendants' renewal of "emergency" motions to compel. The court entered a Scheduling Order on July 7, 2005 and, in light of that order, the court will not revisit previous discovery motions. Instead, the parties are directed to comply with their outstanding discovery obligations, including initial disclosures and responses to discovery demands served prior to July 7, 2005, within thirty days of the date of the July 7th order, that is, by August 8, 2005. Timely responses to any discovery demands served after July 7, 2005 would be governed by the applicable Federal Rule. As to depositions, the parties are reminded that there are no priorities of depositions in federal practice, but that parties should use common sense in scheduling depositions. The parties are also reminded that Local Rule 37.3 (a) requires that parties must "attempt to confer in good faith **in person or by telephone** in an effort to resolve" discovery disputes before involving the court. Letters are not sufficient.

Dated: Central Islip, New York                **SO ORDERED:**
        July 15, 2005

                                                         s/ William D. Wall
                                                         WILLIAM D. WALL
                                                         United States Magistrate Judge