FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 21 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FOX INDUSTRIES, INC.,

                Plaintiff,

- against -

LEONID GUROVICH, et al.,

                Defendant(s).
----------------------------------------------------------X

**MEMORANDUM AND ORDER**

CV 03-5166 (TCP) (WDW)

PLATT, District Judge:

Before the Court is a Report and Recommendation ("the Report") of U. S. Magistrate Judge William D. Wall dated June 2, 2005, which determined that no finding of contempt or sanctions should be entered at this time against the Defendants, Leonid Gurovich, et al., and that the Parties conduct expedited discovery to be followed shortly thereafter by a trial.

This Court received and reviewed the Objections to the Report submitted by Plaintiff and the Defendants on June 3, 2005 and June 16, 2005, respectively.

On the basis of, and for the reasons stated in the Report by U. S. Magistrate Judge Wall, the Report is **ADOPTED** and **AFFIRMED** as an Order of this Court.

**SO ORDERED**.

Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
      June 21, 2005